IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA McKINLEY TULLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:12-CV-2856-RBP-RRA |
| | ) | |
| WESSON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The magistrate judge filed a report and recommendation on September 5, 2012, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No response had been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

DONE this the 2nd day of October, 2012.

*/s/ Robert B. Propst*

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE